**Opinion filed April 29, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00343-CV

_____

## RAY B. SMITH, Appellant

## V.

## ELECTROMEDICAL PRODUCTS INTERNATIONAL, INC., Appellee

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. C-39569**

## MEMORANDUM OPINION

Ray B. Smith, Ph.D. has filed this direct appeal from the trial court's final order and judgment of contempt. Electromedical Products International, Inc. (EPII) has filed a motion to dismiss this appeal for lack of jurisdiction. A court of appeals lacks jurisdiction to review a contempt order by direct appeal. *Tex. Animal Health Comm'n v. Nunley*, 647 S.W.2d 951, 952 (Tex. 1983); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.—Dallas 2007, no pet.). Contempt orders that involve imprisonment may be reviewed via a petition for writ of habeas corpus;

contempt orders that do not involve confinement may be reviewed via a petition for writ of mandamus. *In re Long*, 984 S.W.2d 623, 625 (Tex. 1999); *Tracy*, 219 S.W.3d at 530; *Adams v. Bell*, 94 S.W.3d 759, 762 (Tex. App.—Eastland 2002, no pet.). Therefore, we lack jurisdiction to consider this appeal.

Accordingly, EPII's motion to dismiss is granted, and the appeal is dismissed.[1]

PER CURIAM

April 29, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

---

[1]After Dr. Smith filed this appeal, he filed in this court a petition for writ of habeas corpus or, in the alternative, for writ of mandamus challenging the trial court's final order and judgment of contempt. In our opinion issued today in Cause No. 11-10-00034-CV, we have conditionally granted Dr. Smith's petition for writ of mandamus.